

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00240-CR

Mario Jesus **RAMIREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10323
Honorable Ron Rangel, Judge Presiding

## ORDER

Court reporter Amy Hinds Alvarado has filed a notification of late reporter's record, requesting additional time in which to complete the record. We GRANT her request and ORDER her to file the reporter's record on or before July 24, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court